## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 183 EAL 2017
                                                  :
             Respondent          :
                                                  :   Petition for Allowance of Appeal from
                                                  :   the Order of the Superior Court
              v.                          :
                                                  :
                                                  :
ODE SAVAGE,                             :
                                                  :
             Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.